AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

HEIDI M. LOBSTEIN, an Individual )
)
)
_Plaintiff(s)_ )
v. )  Civil Action No.
)
WASHINGTON MUTUAL MORTGAGE ) CV19-07615-SVW-JPR
PASS-THROUGH CERTIFICATES WMALT SERIES )
2007-OC1, Does 1-10, )
Inclusive )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1, C/O 1301 SECOND AVENUE, WMC 3501A SEATTLE WA 98101
(206) 500-4418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HEIDI M. LOBSTEIN
PLAINTIFF PRO SE
3852 MCLAUGHLIN AVENUE,
LOS ANGELES CA 90066
TEL: 310-902-4555
EMAIL: LOBSTEIN8@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-3-2019       _Derek Davis_
                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Washington Mutual Mortgage Pass Thro Cert. WMALT Series 2007-OC1, Doe 1-10 inclusive

was received by me on *(date)* 9-03-19

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Mailed certified return receipt to last known address 1301 2nd Ave, WMC 3501A, Seattle, WA 98101

My fees are $ 50 for travel and $ _____ for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 9-03-19

_____
Server's signature

Marguerite DeSelms
Printed name and title

PO Box 3301
Redondo Beach, CA 90277
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Philomena Patoc   C. Date of Delivery 9/10/19 |
| 1. Article Addressed to:<br>Washington Mutual Pass<br>Cert WMALT Series 2007<br>c/o 1301 Second Ave OCL<br>WMC 3501A Seattle, WA 98101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4599 8278 4139 16 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ed Mail<br>☐ ed Mail Restricted Delivery<br>  $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 3090 0000 0472 6441 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4599 8278 4139 16

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*



M. DeSelms
PO Box 3301
Redondo Beach, CA
90277