| | |
|---|---|
| 1 | Steven M. Dailey (SBN 163857) |
| | Rebecca L. Wilson (SBN 257613) |
| 2 | KUTAK ROCK LLP |
| | 5 Park Plaza, Suite 1500 |
| 3 | Irvine, CA 92614-8595 |
| | Telephone: (949) 417-0999 |
| 4 | Facsimile: (949) 417-5394 |
| | Email: Steven.dailey@kutakrock.com |
| 5 | Email: Rebecca.wilson@kutakrock.com |

Attorneys Specially Appearing for Defendant
WASHINGTON MUTUAL MORTGAGE
PASS-THROUGH CERTIFICATES WMALT
SERIES 2007-OC1

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI M. LOBSTEIN, an individual, | Case No. 2:19-CV-07615-SVW-JPR |
| Plaintiff, | Assigned to District Judge: Hon. Steven V. Wilson |
| v. | **DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1, and DOES 1 through 10, inclusive, | [Filed concurrently with Declaration of Steven M. Dailey; [Proposed] Order] |
| Defendants. | Courtroom: 10A |
| | Complaint filed: September 3, 2019 |

Defendant WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1 ("Defendant") hereby requests, pursuant to L.R. 7-19, *ex parte*, an extension of time to October 9, 2019 to file a responsive pleading to Plaintiff Heidi M. Lobstein's Complaint in this action.

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

2:19-CV-07615-SVW-JPR

EX PARTE REQUEST FOR EXTENSION OF TIME

4835-3193-9239.1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION/STATEMENT OF FACTS

This is a mortgage foreclosure action. Plaintiff in pro per Heidi M. Lobstein ("Plaintiff") filed this action against Defendant on September 3, 2019. While the Summons appearing on the Court's Docket indicates service was made by a Marguerite DeSelms upon Defendant by "certified mail return receipt" on September 3, 2019, it appears that the Complaint and Summons were provided inadvertently to the ***prior loan servicer***, i.e. to non-party JPMorgan Chase on September 18, 2019. [*See* Declaration of Steven M. Dailey ("Dailey Decl., par. 3.] The ***current*** servicer of the subject loan (non-party Select Portfolio Servicing, Inc.) first learned of this lawsuit on September 23, 2019, and, as attorney in fact for Defendant, immediately referred it to and retained counsel the same day to represent Defendant in this action. [Dailey Dec., par. 2.]

According to the existing Summons, a responsive pleading is due by no later than September 24, 2019. Due to the fact that newly retained counsel for Defendant has just received this case, additional time is needed to review the Complaint and file and prepare a responsive pleading. [Dailey Decl., par. 4.]

Defendant's counsel has attempted several times to communicate by telephone with the Plaintiff to try to obtain Plaintiff's cooperation and stipulation to allow additional time for Defendant's responsive pleading. Specifically, at 3:40 p.m. on September 25, 2019, Counsel spoke with Plaintiff via telephone, and the Plaintiff stated all questions should be directed to Marguerite DeSelms at 310-427-1008, and Plaintiff confirmed that Ms. DeSelms is not an attorney. Counsel also attempted to meet and confer with Plaintiff, Plaintiff responded, "I don't understand what you just said. You will need to direct that to Marguerite." [Dailey Decl., par. 5.]

///
///
///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -    2:19-CV-07615-SVW-JPR
EX PARTE REQUEST FOR EXTENSION OF TIME
4835-3193-9239.1

1    At 3:44 p.m. on September 25, 2019, Defendant's Counsel left a message for Ms. DeSelms and has received no response. [Dailey Decl., par. 5.] On September 27, 2019 at 9:50 a.m., Defendant's Counsel left a voicemail message for Margeurite De Selms asking for a return call, and at 9:52 a.m., called Plaintiff to meet and confer and provide ex parte notice and informed Plaintiff that Ms. De Selms had not called back. The telephone disconnected. [Dailey Decl., par. 5.] Defendant must now make the request for a brief extension by ex parte means in order to avoid the possibility that Plaintiff will try to quickly seek its default.

This is Defendant's first appearance in this action and no prior request for any continuance in responsive pleading date has been requested. [Dailey Decl., par. 6.]

Defendant requests the Court grant this request for an extension of time until October 9, 2019 to file Defendant's response to Plaintiff's Complaint.

## II. THE REQUEST FOR A BRIEF CONTINUANCE OF THE RESPONSIVE PLEADING DEADLINE IS MADE IN GOOD FAITH

This ex parte request is made for a good cause and based on exigent circumstances - Defendant will be prejudiced if a brief continuance of the date for its responsive pleading is not granted because Plaintiff may try to enter a default quickly, which will necessitate additional litigation to try to set aside such an entry of default. Defendant did not have actual notice of the existence of this lawsuit until September 24, 2019 and has, through its attorney-in-fact and agent Select Portfolio Servicing, Inc., acted promptly once the litigation of this matter was discovered to obtain counsel to represent it in this action. Through no fault of its own, it appears the Complaint and Summons were directed to the prior servicer of the Loan, JPMorgan Chase Bank, and delay ensued in forwarding the Complaint and Summons to the attention of the current servicer of the subject loan.

This ex parte request is not being made for the purpose of misusing the ex parte process, as cautioned by this Court's reference to *In Re Intermagnetics America, Inc.*, 101 Bank. 191 (C.D. Cal. 1989) in Judge Wilson's Policies and Procedures.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 3 -     2:19-CV-07615-SVW-JPR
EX PARTE REQUEST FOR EXTENSION OF TIME
4835-3193-9239.1

## III. CONCLUSION

For the foregoing reasons, in the interests of justice and judicial economy, and because Defendant's counsel has demonstrated diligence to date since retained on September 24, 2019, Defendant respectfully requests the Court grant a two-week continuance to October 9, 2019 for Defendant to file a responsive pleading.

Dated: September 27, 2019          KUTAK ROCK LLP

By: */s/ Rebecca L. Wilson*
   Steven M. Dailey
   Rebecca L. Wilson
   Attorneys Specially Appearing for Defendant WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 4 -          2:19-CV-07615-SVW-JPR

EX PARTE REQUEST FOR EXTENSION OF TIME

4835-3193-9239.1