Steven M. Dailey (SBN 163857)
Rebecca L. Wilson (SBN 257613)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
Email:      Steven.dailey@kutakrock.com
Email:      Rebecca.wilson@kutakrock.com

Attorneys Specially Appearing for Defendant
WASHINGTON MUTUAL MORTGAGE
PASS-THROUGH CERTIFICATES WMALT
SERIES 2007-OC1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI M. LOBSTEIN, an individual,<br><br>                   Plaintiff,<br><br>          v.<br><br>WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1, and DOES 1 through 10, inclusive,<br><br>                   Defendants. | Case No.  2:19-CV-07615-SVW-JPR<br><br>Assigned to<br>District Judge:  Hon. Steven V. Wilson<br><br>**DECLARATION OF STEVEN M. DAILEY IN SUPPORT OF DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Ex Parte Request for Extension of Time and [Proposed] Order]<br><br><br>Courtroom:      10A<br><br>Complaint filed:  September 3, 2019 |

I, STEVEN M. DAILEY, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am a partner with Kutak Rock LLP, attorneys of record for Defendant WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1 ["Defendant"], and I submit this Declaration in this

1    action.  I have personal knowledge of the facts set forth herein, except for those facts

2    stated upon information and belief, and, if called as a witness, could competently

3    testify thereto.  I make this Declaration in support of the Ex Parte Request for

4    Extension of Time to File Responsive Pleading to Plaintiff's Complaint.

5         2.    On September 23, 2019, my firm was retained to represent Defendant in

6    this mortgage foreclosure matter concerning a mortgage loan currently being serviced

7    by my client Select Portfolio Servicing, Inc.  My preliminary review of this matter

8    shows the prior servicer of the Loan was JPMorgan Chase Bank, which is not a party

9    to this action.

10        3.    While the Summons appearing on the Court's Docket indicates service

11   was made by a Marguerite DeSelms upon Defendant by "certified mail return

12   receipt" on September 3, 2019, I was informed by my client that the Complaint and

13   Summons were provided inadvertently to the **_prior loan servicer_**, i.e. to **non**-party

14   JPMorgan Chase on September 18, 2019 contributing to the delay in discovery that

15   the lawsuit was even filed.

16        4.    According to the existing Summons, a responsive pleading is due by no

17   later than September 24, 2019.  Due to the fact that my firm was just retained in this

18   matter, I need additional time to review the Complaint and file and prepare a

19   responsive pleading.

20        5.    I have attempted numerous times to communicate by telephone and

21   email with the Plaintiff to try to obtain Plaintiff's cooperation and stipulation to allow

22   additional time for Defendant's responsive pleading. Specifically, at 3:40 p.m. on

23   September 25, 2019, I spoke with Plaintiff via telephone, and the Plaintiff stated all

24   questions should be directed to Marguerite DeSelms at 310-427-1008, and Plaintiff

25   confirmed that Ms. DeSelms is not an attorney.  I also attempted to meet and confer

26   with Plaintiff, and Plaintiff responded, "I don't understand what you just said.   You

27   will need to direct that to Maguerite."  At 3:44 p.m. on September 25, 2019, I left a

28   message for Ms. DeSelms and have received no response.  On September 27, 2019

at 9:50 a.m., I left a voicemail message for Margeurite De Selms asking for a return call and at 9:52 a.m., I called Ms. Lobstein to meet and confer and provide ex parte notice.  I informed her that Ms. De Selms had not called me back.  The telephone disconnected.  On September 27, 2019 at 10:09 a.m., I contacted Plaintiff by email to inform her of this ex parte request.  [A true and correct copy of my email to the Plaintiff is attached here as Exhibit "A".]

      6.     This is Defendant's first appearance in this action and no prior request for any continuance in responsive pleading date has been requested.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me on September 27, 2019, at Irvine, California.



_____

STEVEN M. DAILEY, DECLARANT

# EXHIBIT "A"

**Wilson, Rebecca L.**

| | |
|---|---|
| **From:** | Dailey, Steven M. |
| **Sent:** | Friday, September 27, 2019 10:09 AM |
| **To:** | lobstein8@gmail.com |
| **Subject:** | Lobstein v. Washington Mutual. . . ;  Case No. CV19-07615 |

Hi Ms. Lobstein,

I have been unsuccessful in  speaking with either you or your representative, Ms. DeSelms.  I have been attempting to meet and confer in advance of our filing a Motion to Dismiss and Motion to Strike.   Additionally, I wanted to discuss the case.  I would greatly appreciate it if you and Ms. DeSelms would contact me.  Because I do not believe Ms. DeSelms is an attorney, my meet and confer discussion will have to be with you although I do not mind if Ms. DeSelms is on the call.   I am available anytime in the afternoon of Monday, September 30, 2019.  Please let me know what time works for you and what telephone number I should call you at.

Additionally, this e-mail provides you with ex parte notice that, today, we will submit, via e-filing, an Ex Parte Application to seek an additional fourteen (14) days to file our responsive pleading.  There will not be a hearing on our ex parte application.

I look forward to hearing from you.  Thank you!

Regards,

Steve

**Steven M. Dailey, Esq. |** Partner

# KUTAKROCK

5 Park Plaza, Suite 1500, Irvine, CA 92614
**O:** 949.417.0999 **| F:** 949.417.5394
Steven.Dailey@KutakRock.com | www.KutakRock.com

1

Exhibit A, Page 5