# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heidi M. Lobstein,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OC1 et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-07615-SVW-JPR<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/06/2019 | 39 | MOTION to Substitute Plaintiff |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: November 8, 2019        By: *PM Cruz*
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**
G-112B (01/07)