UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-07615-SVW-JPR | Date | September 23, 2020 |
|---|---|---|---|
| Title | Heidi M. Lobstein v. Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OC1 et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING CASE

   The Court has reviewed Plaintiff's response [81] to its notice of intent to dismiss her claims against the Pension Funds without leave to amend.  The response fails to demonstrate that Plaintiff could cure the deficiencies pointed out in the Court's prior orders [44, 55, 65, 79] by substituting the Pension Funds as Defendants.  Given Plaintiff's repeated failures to cure and the futility of inviting another round of briefing on these same issues, the Court dismisses Plaintiff's claims against the Pension Funds without leave to amend for the reasons stated in the Court's most recent order [79].  The action is dismissed with prejudice.

|  | : |
|---|---|
| Initials of Preparer | PMC |